UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN FRANCISCO DESANTIAGO,

    Petitioner,

v.                                                    Case No. 6:08-cv-751-Orl-UA-GJK

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

_____

## ORDER

This case is before the Court on Petitioner's Objection to Order on Motion to Compel (Doc. No. 22). The September 17, 2008, Order on Petitioner's Motion to Compel denied Petitioner's request to compel Respondents to provide Petitioner with a copy of the appendix or to direct the Clerk of the Court to make the appendix available on CM/ECF. *See* Doc. No. 19. The magistrate judge's determination was premised on Respondents' assertion that Petitioner had previously been provided copies of the documents contained in the appendix.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure, within ten days after receiving a nondispositive order issued by a magistrate judge, a party may file objections to the order. The district court must consider the "objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a).

Petitioner's specific objection to the September 17, 2008, Order is that Petitioner does

not possess certain documents contained in the appendix filed by Respondents. In light of Petitioner's representations in his Objection, the Court concludes that Petitioner has demonstrated sufficient grounds to set aside the September 17, 2008, Order. Accordingly, it is hereby **ORDERED** as follows:

1. Plaintiff's Objection to the Magistrate Judge's September 17, 2008, Order (Doc. No. 6, filed July 3, 2008) is **GRANTED**.

2. Within **ELEVEN (11) DAYS** from the date of this Order, Respondents are directed to either provide Petitioner's counsel with a copy of the appendix or to electronically file the appendix on CM/ECF. Petitioner will have twenty-five days from the date the appendix is available on CM/ECF to file a reply to Respondents' response to the petition.

**DONE AND ORDERED** at Orlando, Florida, this 2nd day of October, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sc 10/2
Counsel of Record